UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CLAY C. KEYS, § | | |
| BOP Register No. 22458-017, § | | |
| § | | |
| Petitioner, § | | |
| § | | |
| V. § | No. 3:22-cv-1497-B | |
| § | | |
| CHRISTOPHER RIVERS, § | | |
| § | | |
| Respondent. § | | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation as supplemented for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED.

DATE: November 12, 2022.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE